SUN OIL COMPANY
v.
FEDERAL POWER COMMISSION.
No. 7018.

United States Court of Appeals
Tenth Circuit.
Jan. 15, 1963.

Robert E. May, Omar L. Crook and Francis H. Caskin, Washington, D. C., for petitioner.

Richard A. Solomon, Gen. Counsel, and Howard A. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Petition to review withdrawn by petitioner January 15, 1963.

William Raughlin TIBBS
v.
UNITED STATES of America.
No. 7250.

United States Court of Appeals
Tenth Circuit.
Jan. 15, 1963.

Charles M. Shaw and Claude Hanks, Clayton, Mo., for appellant.

L. K. Smith, Asst. U. S. Atty., Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Docketed and dismissed January 15, 1963, on motion of appellee for failure of appellant diligently to prosecute.

SAWYER FUELS, INC., Appellant,
v.
UNITED STATES of America.
No. 17067.

United States Court of Appeals
Eighth Circuit.
Feb. 25, 1963.

Norman G. Tenneson, Fargo, N. D., for appellant.

Gordon Thompson, Asst. U. S. Atty., Morton Hollander, and David L. Rose, Dept. of Justice for appellee.

PER CURIAM.

Appeal dismissed without costs on motion of appellant, D.C., 199 F.Supp. 876.